NO. PD-0084-15

| | | |
|---|---|---|
| ROMELLE HAWKINS | § | IN THE |
| V. | § | COURT OF CRIMINAL APPEALS |
| STATE OF TEXAS | § | AUSTIN, TEXAS |

## MOTION TO SUSPEND REQUIREMENT FOR ELEVEN COPIES OF PDR

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 12 2015

Abel Acosta, Clerk

COMES NOW, ROMELLE HAWKINS, Petitioner, pro se, in the above cause and would show this Honorable Court the following:

I.

According to Appellant's understanding of the requirements for filing a Petition for Discretionary Review, and by notice from appellate counsel, eleven (11) copies of the attached PDR must be submitted before the Court.

FILED IN
COURT OF CRIMINAL APPEALS

MAR 12 2015

Abel Acosta, Clerk

II.

Being incarcerated in TDCJ and subject to the rules and limitations of Darrington Unit, Petitioner has no access to copies, nor the resources or time to have copies made outside the prison and returned in a reasonable amount of time.

PRAYER

WHEREFORE, PREMISES CONSIDERED, Petitioner prays this Court consider his pleadings concerning the circumstances which preclude fulfillment of the eleven copy requirement, and grant this motion to suspend the requirement.

/S/ _Romelle Hawkins_

Romelle Hawkins #1911528
Darrington Unit
59 Darrington Rd.
Rosharon, TX 77583